| | |
|---|---|
| 1 | **JOHN R. DUREE, JR., INC.**<br>**A Professional Law Corporation**<br>Attorney at Law - SBN 65684<br>428 J Street, Suite 352<br>Sacramento, CA 95814<br>Telephone: (916) 441-0562 |
| | Attorney for Defendant<br>JAIME BAEZ |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>JAIME BAEZ,<br><br>  Defendant. | Case No. CASE NO. 2:09-cr-372<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER EXONERATING BOND** |

On September 9, 2009, this court ordered Mr. Baez's release on $300,000 bond to be secured with real property at 9100 Grant Line Road, Elk Grove, California, 95624. The amount of equity in the property was determined to be $300,000. A deed of trust for the property was subsequently filed with the Sacramento County Recorder and this court.

## **STIPULATION**

Plaintiff, United States of America, by and through its counsel, United States Attorney Daniel S. McConkie, Jr., and defendant, Jaime Baez, by and through his counsel, John R. Duree, Jr., agree and stipulate that defendant is currently in the custody of the Bureau of Prisons serving the sentence imposed by the court in this case.

Accordingly, the parties respectfully request that the bail bond posted to secure the release of the defendant in this case be exonerated and the property posted for bail on behalf of the defendant be reconveyed.

IT IS SO STIPULATED

Dated: January 2, 2013            /s/ Daniel McConkie, Jr.
DANIEL S. MCCONKIE, JR
Unites States Attorney

Dated: December 20, 2012            /s/ John R. Duree, Jr.
JOHN R. DUREE, JR.
Attorney for Defendant
JAIME BAEZ

## **ORDER**

Good cause appearing,

IT IS HEREBY ORDERED that the bail bond posted to secure the release of the defendant be exonerated and the property posted for bail on behalf of this defendant be reconveyed.

Dated: January 2, 2013.

*[signature: Allison Claire]*

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE