| 1  | HEATHER E. WILLIAMS, Bar #122664 |
|    | Federal Defender |
| 2  | DAVID M. PORTER, Bar #127024 |
|    | Assistant Federal Defender |
| 3  | Counsel Designated for Service |
|    | 801 I Street, 3rd Floor |
| 4  | Sacramento, California 95814 |
|    | Telephone: (916) 498-5700 |
| 5  | |
| 6  | Attorneys for Defendant |
|    | JAIME BAEZ |
| 7  | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. Cr. S 09-372 KJM |
|---|---|
| Plaintiff, | **STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)** |
| v. | |
| JAIME BAEZ, | RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE |
| Defendant. | Judge: Honorable KIMBERLY J. MUELLER |

Defendant, JAIME BAEZ by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. On October 17, 2012, this Court sentenced Mr. Baez to a term of 54 months imprisonment;

3. His total offense level was 31, his criminal history category was I, the resulting guideline range was 108 to 135 months, and he received a reduction from the low end of the applicable guideline range on the government's motion;

Stipulation and Order Re: Sentence Reduction        1

4. The sentencing range applicable to Mr. Baez was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Baez's total offense level has been reduced from 31 to 30, and his amended guideline range is 97 to 121 months; a reduction comparable to the one received at the initial sentencing would produce a term of 48 months;

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Baez's term of imprisonment to 48 months.

Respectfully submitted,

Dated: March 10, 2015

BENJAMIN B. WAGNER
United States Attorney


 /s/ *Jason Hitt*
JASON HITT
Assistant U.S. Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA

Dated: March 10, 2015

HEATHER E. WILLIAMS
Federal Defender


 /s/ *David M. Porter*
DAVID M. PORTER
Assistant Federal Defender

Attorney for Defendant
JAIME BAEZ

## ORDER

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Baez is entitled to the benefit Amendment 782, which reduces the total offense level from 31 to 30, resulting in an amended guideline range of 97 to 121 months. A reduction comparable to the one received at the initial sentencing would produce a term of 48 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in October 2012 is reduced to a term of 48 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect. The clerk shall forthwith prepare an amended judgment reflecting the above

reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

    Unless otherwise ordered, Mr. Baez shall report to the United States Probation Office within seventy-two hours after his release.

Dated: March 17, 2015.

_____
UNITED STATES DISTRICT JUDGE